# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JEFFERY JOSEPH YOUNG**                                            **PETITIONER**
**REG #11403-003**

v.                               No. 2:14-cv-150-DPM-HDY

**C.V. RIVERA, Warden, Forrest City Medium**         **RESPONDENT**

## ORDER

Young didn't get the Court's 6 January 2015 Order requiring him to pay the filing fee. The Court therefore grants his motion for an extension, № 9, and declines the recommendation, № 7. Young must pay the $5.00 filing fee by 14 April 2015 or his case will be dismissed without prejudice. LOCAL RULE 5.5(c).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2015