IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JEFFERY JOSEPH YOUNG**                                             **PETITIONER**

**VS.**                    **CASE NO. 2:14CV00150 PSH**

**C.V. RIVERA, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                       **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 6th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE